JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | LACV 25-08667-KK-MBKx | Date: | December 4, 2025 |
| Title: | *Joshua Meadors v. L.A. County Probation* | | |

Present: The Honorable  KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Dismissing Action Without Prejudice

On September 16, 2025, the Court issued an Order granting plaintiff Joshua Meadors' ("Plaintiff") request to proceed in forma pauperis and requiring Plaintiff to pay an initial partial filing fee of $21.41 within 30 days. ECF Docket No. ("Dkt.") 4. Plaintiff was expressly advised failure to comply with this instruction would result in this action being dismissed without prejudice. Id. To date, over 75 days since the Court's September 16, 2025 Order, Plaintiff has not paid the required initial filing.

Accordingly, the entire action is DISMISSED WITHOUT PREJUDICE. (JS-6)

**IT IS SO ORDERED**.